UNITED STATES

v.

JOHN STOW LUNDIE

1806

### Journal Entries

1. Depositions and recognizance filed . . . . *Journal, infra,* *p. 17
2. Indictment delivered and filed . . . . . . " 20
3. Demurrer to replication filed; issue . . . . . . " 22
4. Plea held insufficient; plea of guilty; sentence . . . . " 28

### Papers in File

1. Bond to appear and answer . . . . . . . . *Printed in Vol. 2*
2. Replication . . . . . . . . . . . . "